**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

UNITED STATES OF AMERICA,

    Petitioner,

v.

DANIEL L. GERLACH,
PATRICIA A. GERLACH,

    Respondents.

_____

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES**
_____

    The United States of America (hereafter "Petitioner"), by and through undersigned counsel, shows unto this Court as follows:

    1.    This is a proceeding brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce Internal Revenue Service summonses.

    2.    This Court has jurisdiction pursuant to 26 U.S.C. §§ 7402(b) and 7604(a).

    3.    Chad M. Weston is a Revenue Officer of the Internal Revenue Service's Small Business/Self Employed Division, Area 6, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1.

    4.    Daniel L. Gerlach and Patricia A. Gerlach reside at 660 South Osceola Street, Denver, CO 80219-2636 and are collectively referred to as "Respondents".

    5.    As set forth in the Declaration of Revenue Officer Chad M. Weston,

attached hereto as Exhibit 1, the Internal Revenue Service is presently conducting an investigation into the collectability of taxes of Daniel L. Gerlach for calendar years ending December 31, 2003 and December 31, 2004.

6. Upon information and belief, Daniel L. Gerlach is in possession and control of testimony, books, records, papers, and other data that are relevant to the investigation.

7. On June 21, 2010, Revenue Officer Chad M. Weston left a copy of the summons at Daniel L. Gerlach's last and usual place of abode, as evidenced by the Certificate of Service on the second page of the summons, attached hereto as Exhibit 2.

8. The summons directed Daniel L. Gerlach to appear before an officer of the Internal Revenue Service on July 12, 2010, to testify and to produce for examination certain books, records, papers and other data more specifically described therein, all of which are believed relevant to the said investigation.

9. On July 12, 2010, Daniel L. Gerlach appeared, but failed to produce documents responsive to the summons.

10. As set forth in the Declaration of Revenue Officer Chad M. Weston, attached hereto as Exhibit 3, the Internal Revenue Service is presently conducting an investigation into the collectability of taxes of Patricia A. Gerlach for the calendar years ending December 31, 2003 and December 31, 2004.

11. Upon information and belief, Patricia A. Gerlach, is in possession and control of  testimony, books, records, papers, and other data that are relevant to the investigation.

12. On June 21, 2010, Revenue Officer Chad M. Weston left attested copies of a summons at Patricia A. Gerlach's last and usual place of abode, as evidenced by the Certificate of Service on the second page of the summons, attached hereto as Exhibit 4.

13. The summons directed Patricia A. Gerlach to appear before an officer of the Internal Revenue Service on July 12, 2010, to testify and to produce for examination certain books, records, papers and other data more specifically described therein, all of which are believed relevant to the said investigation.

14. On July 12, 2010, Patricia A. Gerlach appeared, but failed to produce documents responsive to the summons.

15. Respondents' refusal to comply with the summonses continues to this date.

16. The testimony, books, papers, records and other data sought by the summonses are not within the possession of the Internal Revenue Service.

17. All administrative steps required by the Internal Revenue Code for the issuance of the summonses have been taken.

18. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d) with respect to Respondents for the tax periods for which the testimony and documents are sought.

WHEREFORE, Petitioner respectfully prays:

1. That this Court enter an Order to Show Cause directing Respondents to show cause, if any, why Respondents should not be compelled to comply with the Internal Revenue Service summonses, in their entirety, forthwith.

    2.    That the Order to Show Cause set a response date thirty (30) days from the date it is signed in order to provide the Internal Revenue Service with time for it to be personally served upon Respondents.

    3.    That any Order granting the relief sought herein be personally served on Respondents.

    4.    That this Court grant such other and further relief as the Court deems just and proper.

DATED this 6th day of December, 2010.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

s/ *Amanda Rocque*
AMANDA ROCQUE
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0404
Email: amanda.rocque@usdoj.gov

Attorneys for Petitioner