**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

UNITED STATES OF AMERICA,

    Petitioner,

v.

DANIEL L. GERLACH,
PATRICIA A. GERLACH,

    Respondents.

_____

**ORDER TO SHOW CAUSE**
_____

Upon consideration of the Petition to Enforce Internal Revenue Service Summonses ("Petition") filed by the United States, and the declarations and Internal Revenue Service summonses attached thereto, it is hereby

ORDERED:

That Respondents appear before the District Court of the United States for the District of Colorado in that branch thereof presided over by Honorable Judge _____ _____, in the United States Courthouse, 901 19th Street, Denver, Colorado on the ____ day of _____, 2011, [*Please set at least 30 days from date signed*] at _____ Courtroom _____, to show cause why Respondents should not be compelled to obey the Internal Revenue Service summonses served upon

1

Respondents on June 21, 2010.

It is further ORDERED:

1.That a copy of this Order, together with the Petition and exhibits attached thereto, be personally served upon Respondents.

2.That if Respondents have any defenses to present or motions to make in opposition to the Petition, such defenses or motions, if any, shall be made in writing and filed with the Court and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading will be considered by the Court and any uncontested allegations in the Petition will be deemed admitted.

Entered this ____ day of _____, 2010.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE