IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02944-JLK

UNITED STATES OF AMERICA,

    Petitioner,

v.

DANIEL L. GERLACH,
PATRICIA A. GERLACH,

    Respondents.

---

**AFFIDAVIT OF SERVICE**

---

Pursuant to 28 U.S.C. § 1746, I, __VICTORIA AYERS__, hereby certify under penalty of perjury that I personally served a copy of the Petition to Enforce Internal Revenue Service Summonses with exhibits and the Order to Show Cause upon __PATRICIA A. GERLACH__ on this __13th__ day of __December__, 2010 at __9:25__ A.m., in or about the following address __660 S. Osceola Denver, Co__.

                                                /s/ Victoria Ayers
                                               Revenue Officer