**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:  January 6, 2011 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 10-cv-02944-JLK | Court Reporter: Tracy Weir |

UNITED STATES OF AMERICA,              Amanda A. Rocque

     Petitioner,

v.

DANIEL L.GERLACH, and              No appearance.
PATRICIA A. GERLACH,

     Respondents.

---

**COURTROOM MINUTES**

**Hearing: Show Cause**

**9:35 a.m.   Court in session.**

Court calls case.  Government counsel present.  Also present, Chad Weston, IRS Revenue Officer.  No appearance by respondents.

Preliminary remarks by the Court.

Discussion regarding status of case.

**ORDERED:   Petitioner's Oral Motion To Dismiss The Case is GRANTED.**

**9:36 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 00:01